| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| SCOTT J. FERRELL, ESQ., Bar #202091<br>CALL JENSEN & FERRELL APC<br>610 NEWPORT CENTER DRIVE<br>SUITE 700<br>NEWPORT BEACH, CA 92660<br>Telephone No: 949-717-3000 | |
| Attorney for: Plaintiff | Ref. No. or File No.: |

Insert name of Court, and Judicial District and Branch Court:

United States District Court, Northern District Of California

Plaintiff: CHEVRON INTELLECTUAL PROPERTY, LLC
Defendant: THOMAS CUTHBERTSON

| PROOF OF SERVICE SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C07 06407 WDB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint; Civil Cover Sheet; Standing Order U.S. Magistrate Judge Wayne D. Brazil; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To United States District Judge (Blank); Consent To Proceed Before A United States Magistrate Judge (Blank); Case Management And Pretrial Order (Blank); Pretrial Order (Blank).

3. a. Party served: THOMAS CUTHBERTSON, individually and doing business as HOMESTEAD AUTO WASH
   b. Person served: party in item 3.a., SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served: 3500 Homestead Road
   SANTA CLARA, CA 95014

5. I served the party:
   b. **by substituted service.** On: Fri., Jan. 11, 2008 at: 12:04PM by leaving the copies with or in the presence of:
   Mega "Doe", Person in Charge, Caucasian Female, 5'6", 155 lbs., between 20-30 years of age, blonde hair and blue eyes.
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left. I mailed the document on: Mon., Jan. 14, 2008 from: SAN FRANCISCO, CA

7. Person Who Served Papers:     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ELLENOR RIOS
   d. *The Fee for Service was:* $123.20
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 984
      (iii) County: Santa Clara

First Legal Support Services
ATTORNEY SERVICES
1138 HOWARD STREET
San Francisco, CA 94103
(415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Thu, Jan. 17, 2008

   *(signature)* (ELLENOR RIOS)

Judicial Council Form                    PROOF OF SERVICE                    1824388;lg.scofe.106935
Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL CASE