Scott J. Ferrell, Bar No. 202091
David R. Sugden, Bar No. 218465
Julie R. Trotter, Bar No. 209675
CALL, JENSEN & FERRELL
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
(949) 717-3000

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT, OAKLAND BRANCH OF CALIFORNIA

| | |
|---|---|
| CHEVRON INTELLECTUAL PROPERTY LLC and CHEVRON U.S.A. INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>THOMAS CUTHBERTSON, individually and doing business as HOMESTEAD AUTO WASH, MARY MARCHESE, an individual, CHRISTOPHER MARCHESE JR., an individual,<br>AND DOES 1-50 INCLUSIVE,<br><br>Defendant. | Case No. C 07-06407 WDB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br><br><br><br><br><br><br><br>Complaint Filed:  December 19, 2008<br>Trial Date:       None Set |

Plaintiffs Chevron Intellectual Property LLC and Chevron U.S.A. Inc., by and through their undersigned counsel, and Defendant Thomas Cuthbertson, individually and doing business as Homestead Auto Wash, (collectively referred to herein as the "Parties"), hereby agree as follows:

/ / /

/ / /

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

CHE03-13:341464:1-25-08

- 1 -

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1   **WHEREAS**, the Complaint was filed on December 19, 2007;

3   **WHEREAS**, Defendant was served with the Summons and Complaint on
4   January 11, 2008;

6   **WHEREAS**, Defendant's response is due on January 31, 2008, the Parties agree
7   that Defendant requires an additional thirty (30) days to respond to the Complaint.

9   **NOW THEREFORE**, it is hereby stipulated that Defendant shall have until
10  February 29, 2008 to answer, respond or otherwise move this Court regarding the
11  Complaint.

Dated: January 23, 2008

CALL, JENSEN & FERRELL
A Professional Corporation
Scott J. Ferrell
David R. Sugden
Julie R. Trotter

By: *Julie R. Trotter*
Julie R. Trotter

Attorneys for Plaintiffs Chevron Intellectual Property LLC and Chevron U.S.A. Inc.

Dated: January __, 2008

By: _____
Defendant Thomas Cuthbertson, individually and doing business as Homestead Auto Wash

1  **WHEREAS**, the Complaint was filed on December 19, 2007;

2

3  **WHEREAS**, Defendant was served with the Summons and Complaint on
4  January 11, 2008;

5

6  **WHEREAS**, Defendant's response is due on January 31, 2008, the Parties agree
7  that Defendant requires an additional thirty (30) days to respond to the Complaint.

8

9  **NOW THEREFORE**, it is hereby stipulated that Defendant shall have until
10 February 29, 2008 to answer, respond or otherwise move this Court regarding the
11 Complaint.

12
13 Dated: January 23, 2008                CALL, JENSEN & FERRELL
                                         A Professional Corporation
14                                       Scott J. Ferrell
                                         David R. Sugden
15                                       Julie R. Trotter

16
17                                       By:_____
                                             Julie R. Trotter
18
                                         Attorneys for Plaintiffs Chevron Intellectual
19                                       Property LLC and Chevron U.S.A. Inc.

20

21 Dated: January 25, 2008
                                         By: _____
22                                       Defendant Thomas Cuthbertson, individually and
                                         doing business as Homestead Auto Wash
23
24
25
26
27
28
CALL, JENSEN &
FERRELL
A PROFESSIONAL