Scott J. Ferrell, Bar No. 202091
David R. Sugden, Bar No. 218465
Julie R. Trotter, Bar No. 209675
CALL, JENSEN & FERRELL
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
(949) 717-3000

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT, OAKLAND BRANCH OF CALIFORNIA

| | |
|---|---|
| CHEVRON INTELLECTUAL PROPERTY LLC and CHEVRON U.S.A. INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>THOMAS CUTHBERTSON, individually and doing business as HOMESTEAD AUTO WASH, MARY MARCHESE, an individual, CHRISTOPHER MARCHESE JR., an individual,<br>AND DOES 1-50 INCLUSIVE,<br><br>Defendant. | Case No. C 07-06407 WDB<br><br>**JOINT STATUS REPORT AND STIPULATION; [P~~ROPOSED~~] ORDER TO STAY PROCEEDINGS**<br><br><br><br>Complaint Filed: December 19, 2008<br>Trial Date: None Set |

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

CHE03-13:357197:3-25-08

- 1 -

JOINT STATUS REPORT AND STIPULATION; [PROPOSED] ORDER TO STAY PROCEEDINGS

Plaintiffs Chevron Intellectual Property LLC and Chevron U.S.A., Inc. ("Plaintiffs") on the one side, and Defendant Thomas Cuthbertson, individually and doing business as Homestead Auto Wash ("Defendant") on the other side (collectively, the "Parties") have agreed to the following terms and conditions:

1. WHEREAS, a comprehensive settlement agreement has been fully negotiated and executed by the Parties;

2. WHEREAS, the Parties agree that once terms of the settlement are finalized Plaintiffs will immediately file and serve a Request for Dismissal with prejudice of this action;

3. WHEREAS, in light of the pending settlement and to save additional time and expense the Parties have not prepared a Rule 26(f) Report;

4. WHEREAS, the Parties believe that this matter should be fully resolved and finalized within 20 days;

//

//

//

//

//

//

//

NOW THEREFORE, the Parties agree and stipulate as follows:

All proceedings in this action, including the initial case management conference, should be stayed for 30 days to allow the Parties to finalize the settlement agreement and to dismiss this action.

**SO STIPULATED.**

Dated: March 25, 2008

CALL, JENSEN & FERRELL
A Professional Corporation
Scott J. Ferrell
David R. Sugden
Julie R. Trotter

By: s/Julie R. Trotter
    Julie R. Trotter

Attorneys for Plaintiffs

Dated: March 25, 2008

DONAHUE GALLAGHER WOODS
John C. Kirke

By: s/John C. Kirke
    John C. Kirke

Attorneys for Defendant

**IT IS SO ORDERED:**

Dated: March 26, 2008

_/s/ Wayne D. Brazil_
Honorable Wayne D. Brazil